IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:12CR56 |
| ) | CASE NO. 8:13CV375 |
| Plaintiff/Movant, ) | |
| ) | |
| vs. ) | MEMORANDUM |
| ) | AND ORDER |
| BERNITA MARGARET KLEENSANG, ) | |
| ) | |
| Defendant/Respondent. ) | |

This matter is before the Court on the Defendant's Motion Pursuant to Federal Rule of Civil Procedure 59(e) to Alter or Amend the District Court's Judgment, or in the Alternative, Motion for Reconsideration (Filing No. 151) with respect to the Court's order summarily denying her motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 (Filing No. 149). The Defendant requests that this Court vacate its sentence and the defendant be resentenced or, in the alternative, an evidentiary hearing be held. The motion has been carefully considered by the Court and finds that the motion should be denied.

IT IS ORDERED that the Defendant's Motion Pursuant to Federal Rule of Civil Procedure 59(e) to Alter or Amend the District Court's Judgment, or in the Alternative, Motion for Reconsideration (Filing No. 151) is denied.

DATED this 24th day of January, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge